AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:21-MJ-00312 | Date and time warrant executed:<br>5/4/2021  3:13 PM | Copy of warrant and inventory left with:<br>Homayoon Hariri |
| Inventory made in the presence of : SA Hamlet Zadoorian ||| 
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached Receipt For Property ||| 

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/2021

*Executing officer's signature*

Andrew Krueger, Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                               Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: LA-3222877

On (date): 5/4/2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Homayoon Hariri
(Street Address) LAX Airport, 1 World Way, Los Angeles
(City) Los Angeles, CA

Description of Item(s):

1) Homayoon Cell Phone - iPhone w/ case
2) Silver Removable Hard Drive w/ USB
3) I-Pad Black
4) Apple Computer Silver w/ charger
5) Orange Removable Hard Drive
6) Grey San Disk Hard Drive
7) White iPad Mini
8) ~~Nothing AMK~~

Received By: (Signature)
Printed Name/Title: Homayoon Hariri

Received From: (Signature)
Printed Name/Title: Andrew Krueger / Special Agent